# United States District Court
# Central District of California

| | |
|---|---|
| LAURA E. LANDRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC.; U.S. BANK, N.A.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN AND TO THE REAL PROPERTY KNOWN AS "787-789 ST. LOUIS AVENUE, LONG BEACH, CA 90804"; and DOES 1–10,<br><br>　　　　　Defendants. | Case № 2:17-cv-02894-ODW (GJS)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [9]** |

　　Defendants Select Portfolio Servicing, Inc. and U.S. Bank, N.A. served Plaintiff Laura E. Landry with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on April 28, 2017. (ECF No. 9.) Landry filed a first amended complaint on May 19, 2017, twenty-one days later. (ECF No. 11.) Rule 15(a)(1) allows a plaintiff

to file an amended complaint once as a matter of right within twenty-one days of service with a Rule 12(b) motion. Therefore, Landry's amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

May 30, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**