# United States District Court
# Central District of California

| | |
|---|---|
| LAURA E. LANDRY, <br><br>  Plaintiff, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC.; U.S. BANK, N.A.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN AND TO THE REAL PROPERTY KNOWN AS "787-789 ST. LOUIS AVENUE, LONG BEACH, CA 90804"; and DOES 1 through 10, <br><br>  Defendants. | Case № 2:17-cv-02894-ODW (GJS) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AS UNOPPOSED [13]** |

Plaintiff Laura E. Landry filed this case on March 21, 2017, asserting several causes of action related to Defendants' purported mishandling of Plaintiff's mortgage. (ECF No. 1-1.) On May 19, 2017, Plaintiff filed her first amended complaint. (ECF No. 11.) Then, on June 2, 2017, Defendants filed a motion to dismiss and served it on Plaintiff the same day. (ECF No. 13.) The motion noticed a hearing for July 10, 2017. (*Id.*)

Plaintiff's opposition to the motion to dismiss was due on June 19, 2017. *See* C.D. Cal. L.R. 7-9. However, Plaintiff did not file a timely opposition.

Local Rule 7-12 allows the Court to grant motions as unopposed in the event that a timely opposition is not filed. C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal on the basis of unopposed motion where local rule permitted such a dismissal). In determining whether to grant an unopposed motion courts weigh the following factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Ghazali*, 46 F.3d at 53 (quoting *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)). The Ninth Circuit has recognized that the first and fourth factors cut in opposite directions. *See Yourish v. Cal. Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999) (first factor always weighs in favor of dismissal); *Hernandez v. City of El Monte*, 138 F.3d 393, 401 (9th Cir. 1998) (fourth factor always weighs against dismissal).

Here, the second factor also weighs in favor of dismissal. The Court must manage its docket to ensure the efficient provision of justice. Plaintiff had notice of the motion yet failed to file a timely opposition. Further, Plaintiff has not provided any excuse for her failure to timely file an opposition. The Court cannot continue waiting for Plaintiff to take action.

As for the fifth factor, where the plaintiff does not oppose dismissal it is "unnecessary for the Court to consider less drastic alternatives." *Rodriguez v. Nationstar Mortg. LLC*, No. 2:16-CV-5962-ODW(SK), 2016 WL 4581402, at *1 (C.D. Cal. Sept. 1, 2016).

Finding that the *Ghazali* factors weigh in favor of granting Defendants' motions to dismiss as unopposed, the Court **GRANTS** Defendants' motion to dismiss **WITH PREJUDICE**. As Plaintiff has not shown any intention to participate in this lawsuit, the Court dismisses the complaint as to all Defendants. The scheduled hearings on the

motions to dismiss are hereby vacated and taken off calendar.  The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

June 21, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**